No. 81–1393. FLORIDA MARBLE POLISHERS HEALTH & WELFARE TRUST FUND ET AL. *v.* EDWIN M. GREEN, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–1439. BLINKEN *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 81–1498. CAVALIERI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–1533. MERCHANTS REFRIGERATING COMPANY OF CALIFORNIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–1543. SOUTHWEST SUNSITES, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 81–1544. LIQUOR SALESMEN'S UNION OF THE STATE OF NEW YORK, LOCAL 2, DISTILLERY, RECTIFYING, WINE & ALLIED WORKERS INTERNATIONAL UNION, AFL–CIO *v.* CHARMER INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1547. CITY OF PLEASANT GROVE ET AL. *v.* WHEELER ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–1549. MASTRANGELO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–1553. MONTEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–1586. TORRES ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.